IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LASATER, | No. 05-02184 CW |
|     Plaintiff, | ORDER OF TRANSFER |
|   v. | |
| NOVARTIS PHARMACEUTICALS, et al., | |
|     Defendants._____/ | |

    On May 27, 2005, Plaintiff filed the above-captioned complaint.  Plaintiff resides in Shasta County, which is located in the Eastern District of California, and the events giving rise to this cause of action occurred in substantial part in the Eastern District of California.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is transferred to the Eastern District of California.


Dated 6/2/05                          /s/ CLAUDIA WILKEN
                                      CLAUDIA WILKEN
                                      United States District Judge

1  c-05-2184 CW

4  **Jennifer Bartlett**

5  **Michael Armitage**

6  Waters & Kraus LLP

   300 Continental Blvd.

7  Suite 500

   El Segundo, CA 90245